MCGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:92-CR-00261-MCE |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
| BARBARA JEAN WHITE, | DATE: July 30, 2020 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing for July 30, 2020.

2. By this stipulation, the parties now move to continue the hearing until August 20, 2020.

3. The parties agree and stipulate that the parties require more time to obtain historical records that will assist in the disposition of this matter.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  July 28, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | |
| | /s/ PAUL HEMESATH<br>PAUL HEMESATH<br>Assistant United States Attorney |
| | |
| Dated:  July 28, 2020 | /s/ SHARI G. RUSK<br>SHARI G. RUSK<br>Counsel for Defendant<br>BARBARA JEAN WHITE |

**ORDER**

IT IS SO ORDERED.

Dated:  August 3, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER 2