

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:92-cr-00261 |
| Plaintiff, | 2:99-cr-00255 |
| v | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| BARBARA WHITE, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release BARBARA WHITE, No. 2:92-cr-00261 and 2:99-cr-00255 from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:   Pursuant to the Court's sentence of time served in cases 2:92cr00261 and 2:99cr00255. |

Issued at Sacramento, California on August 27, 2020.

Dated:   August 27, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE